[Nos. 48166-5-I; 47820-6-I. Division One. July 22, 2002.]

*In the Matter of the Detention of* RICKEY C. CALHOUN.
RICKEY C. CALHOUN, *Appellant,* v. THE STATE OF WASHINGTON,
*Respondent.*

*In the Matter of the Personal Restraint of* RICKEY C.
CALHOUN.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-28950-2, Michael Heavey, J., entered
February 9, 2001, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *denied*
by unpublished opinion per Becker, C.J., concurred in by
Kennedy and Agid, JJ.

[Nos. 48207-6-I; 48208-4-I. Division One. July 22, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN GOODWIN,
*Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 00-1-04360-7, Ann Schindler, J., entered Feb-
ruary 28, 2001. *Affirmed* by unpublished per curiam opin-
ion.

[No. 48552-1-I. Division One. July 22, 2002.]

ELWOOD HERTZOG III, *Appellant,* v. WEBTV NETWORKS, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 99-2-18464-5, Palmer Robinson, J., entered
May 14, 2001. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Coleman and Agid, JJ.

[No. 48611-0-I. Division One. July 22, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS WATERS,
SR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 00-1-01844-1, Cheryl B. Carey, J., entered May
14, 2001. *Affirmed* by unpublished per curiam opinion.